IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADY K. ARMSTRONG,<br><br>            Plaintiff,<br><br>     vs.<br><br>A. HEDGPETH, et al.,<br><br>            Defendants.<br>_____ / | 1:11-cv-00761-LJO-GSA (PC)<br><br>ORDER DENYING MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS<br>(Doc. 14.)<br><br>ORDER DENYING MOTION FOR COURT ASSISTANCE IN RETURN OF LEGAL PROPERTY<br>(Doc. 12.)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS OF JULY 14, 2011<br>(Doc. 7.)<br><br>ORDER FOR PLAINTIFF TO COMPLY WITH COURT'S ORDER OF MAY 17, 2011 WITHIN THIRTY DAYS<br><br>ORDER FOR CLERK TO SEND APPLICATION TO PROCEED IN FORMA PAUPERIS TO PLAINTIFF |

Brady K. Armstrong ("Plaintiff") is a prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  On July 14, 2011, the Court entered Findings and Recommendations, recommending that this action be dismissed for Plaintiff's failure to comply with the Court's order of May 17, 2011, which required him to submit an application to proceed in forma pauperis or pay the filing fee for this action within forty-five days.  (Doc. 7.)  Plaintiff

was given thirty days to file objections to the Findings and Recommendations.  Id,  On August 25, 2011, Plaintiff filed a motion for a forty-five-day extension of time to file objections, and on August 19, 2011, Plaintiff filed a motion for the Court to direct prison officials to return his legal property to him.  (Docs. 12, 14.)

      Plaintiff asserts that he requires an extension of time to file objections because he lacks access to the law library and his legal property.  Plaintiff argues that the Court should direct prison officials to return his legal property to enable Plaintiff to meet his court deadlines.

      Plaintiff's only pending court deadline in this action is to file objections to the Findings and Recommendations.  Plaintiff does not require the law library or any legal property to file objections.  Therefore, Plaintiff's motion for an extension of time to file objections, and Plaintiff's motion for the Court to assist him with return of his legal property, shall be denied.

      In the alternative, Plaintiff shall be granted another opportunity to comply with the Court's order of May 17, 2011.  Plaintiff does not require the law library or any legal property to comply with the order.  Plaintiff only needs to complete and sign an application to proceed in forma pauperis and return it to the Court, or pay the $350.00 filing fee for this action. Plaintiff shall be granted thirty days in which to submit the application or pay the filing fee.  In light of this decision, the Findings and Recommendations of July 14, 2011 shall be vacated.

      Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for extension of time to file objections is DENIED;
2. Plaintiff's motion for the Court to direct prison officials to return his legal property is DENIED;
3. The Court's Findings and Recommendations entered on July 14, 2011, are VACATED;
4. Plaintiff is granted thirty days from the date of service of this order to submit an application to proceed in forma pauperis or pay the $350.00 filing fee for this action, pursuant to the Court's order of May 17, 2011;
5. The Clerk shall send Plaintiff an application to proceed in forma pauperis; and

///

1  6. Plaintiff's failure to comply with this order shall result in a recommendation that
2  this action be dismissed.

4  IT IS SO ORDERED.

5  Dated:  **September 9, 2011**          **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE