IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADY K. ARMSTRONG, | 1:11-cv-00761-LJO-GSA (PC) |
| Plaintiff, | ORDER GRANTING MOTION FOR EXTENSION OF TIME |
| vs. | (Doc. 16.) |
| A. HEDGPETH, et al., | ORDER FOR CLERK TO SEND APPLICATION TO PROCEED IN FORMA PAUPERIS TO PLAINTIFF |
| Defendants. | THIRTY DAY DEADLINE FOR PLAINTIFF TO SUBMIT APPLICATION OR PAY FILING FEE |

_____/

Brady K. Armstrong ("Plaintiff") is a prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On October 17, 2011, Plaintiff filed a motion for extension of time to submit an application to proceed in forma pauperis, pursuant to the Court's order of May 17, 2011. (Doc. 3.)

Plaintiff maintains that he requires additional time to submit an application to proceed in forma pauperis to the Court, because he submitted the application to prison staff for processing, and the application has not been returned to him.

Plaintiff is not required to submit the application to prison staff for processing before submitting it to the Court. **To comply with the first part of the Court's order, Plaintiff only needs to sign the application and mail it back to the Court within thirty days. Plaintiff is not required to send a copy of his prison trust account statement to the Court until later.**

Good cause appearing, Plaintiff's motion for extension of time shall be granted, and the Clerk shall be instructed to provide Plaintiff with another application to proceed in forma pauperis.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for extension of time is GRANTED;
2. **Within thirty days** from the date of service of this order, Plaintiff shall either sign the enclosed application to proceed in forma pauperis and return it to the Court, OR pay the $350.00 filing fee for this action, pursuant to the Court's order of May 17, 2011;
3. **Within sixty days** from the date of service of this order, Plaintiff shall submit a certified copy of his prison trust statement for the six month period immediately preceding the filing of the complaint, pursuant to the Court's order of May 17, 2011;[1]
4. The Clerk is directed to send Plaintiff an application to proceed in forma pauperis; and
5. Plaintiff's failure to comply with this order shall result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   **October 19, 2011**              /s/ **Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE

---

[1] If Plaintiff chooses to pay the filing fee, he is not required to send the Court a copy of his prison trust account statement.