UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADY K. ARMSTRONG,<br><br>   Plaintiff,<br><br> vs.<br><br>A. HEDGPETH, et al.,<br><br>   Defendants. | 1:11-cv-00761-LJO-GSA-PC<br><br>ORDER DENYING REQUEST FOR FREE COPIES<br>(Doc. 28.) |

   Brady K. Armstrong ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on May 11, 2011. (Doc. 1.)

   On May 24, 2013, Plaintiff filed a motion for extension of time to file an amended complaint pursuant to the court's order of February 15, 2013, together with a request for the Clerk to send him a free copy of his motion for extension of time. (Docs. 28, 29.) Plaintiff argues that he requires a free copy of his motion because the copy machine at the prison is out of ink, and his deadline to file the amended complaint is May 26, 2013.

   The Clerk does not ordinarily provide free copies of documents to parties. The Clerk charges $.50 per page for copies of documents. See 28 U.S.C. § 1914(a). Copies up to 20 pages may be made by the Clerk's Office at this Court upon written request and prepayment of the copy fees. The fact that the Court has granted leave for Plaintiff to proceed in forma

pauperis does not entitle him to free copies of documents from the Court. Under 28 U.S.C. § 2250, the Clerk is not required to furnish copies without cost to an indigent petitioner except by order of the judge.

Plaintiff has not shown good cause for the court to order the Clerk to send him copies of his motion without prepayment of costs. Plaintiff's motion for extension of time was granted on May 31, 2013, and a copy of the court's order was served upon Plaintiff, giving him ample notice that the motion was filed and resolved.

Therefore, IT IS HEREBY ORDERED that Plaintiff's request for free copies is DENIED.

IT IS SO ORDERED.

Dated:   **June 11, 2013**                              **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE