UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADY K. ARMSTRONG,<br><br>           Plaintiff,<br><br>      vs.<br><br>A. HEDGPETH, et al.,<br><br>           Defendants. | 1:11-cv-00761-LJO-GSA-PC<br><br>ORDER RESPONDING TO PLAINTIFF'S MOTION FOR STATUS<br>(Doc. 41.)<br><br>ORDER DENYING REQUEST FOR COPIES |

     Brady K. Armstrong ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on May 11, 2011.  (Doc. 1.)  On February 15, 2013, the court dismissed the Complaint for failure to state a claim, with leave to amend.  (Doc. 23.)  On November 20, 2013, Plaintiff filed the First Amended Complaint.  (Doc. 43.)

     On October 10, 2013, Plaintiff filed a motion requesting the status of his case.  (Doc. 41.  Plaintiff notifies the court that he submitted a new complaint to the court in September 2013, but did not receive a conformed copy back.  Plaintiff also notifies the court that he did not receive copies of other documents, even when he submitted a self-addressed, stamped envelope.  Plaintiff expresses concern that his ingoing and outgoing mail at the prison is being tampered with.  Plaintiff requests the court to send him copies of "all" of Plaintiff's court filings within the past 60 days.

The court's order of November 20, 2013 resolves the matter of Plaintiff's new complaint submitted in September 2013. (Doc. 42.) As explained in the court's order, Plaintiff's new complaint was erroneously filed in the present action, and has now been removed from this action and opened as a new case. The Clerk's Office will provide Plaintiff with notice of his new case number. Therefore, this matter is resolved.

With respect to Plaintiff's request for copies of his case documents, Plaintiff is advised that the Clerk does not ordinarily provide free copies of case documents to parties. Plaintiff complains that the Clerk did not send him copies of his documents when they were filed. The Clerk would not have returned conformed copies to Plaintiff unless he submitted two copies of each document and a large enough self-addressed envelope with sufficient postage to mail back a conformed copy. The Clerk charges $.50 per page for copies of documents. See 28 U.S.C. § 1914(a). Copies of up to twenty pages may be made by the Clerk's Office at this Court upon written request and prepayment of the copy fees. The fact that the Court has granted leave for Plaintiff to proceed in forma pauperis does not entitled him to free copies of documents from the Court. To request copies of documents at this juncture, Plaintiff must submit a request in writing to the Clerk specifying the case number(s) and document(s) requested, a large self-addressed envelope affixed with sufficient postage, and prepayment of copy costs to the Clerk. Plaintiff is advised that in the future, he should keep a copy of any document he submits to the Court. Accordingly, Plaintiff's request for copies shall be denied.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion requesting case status is RESOLVED; and
2. Plaintiff's request for free copies is DENIED.

IT IS SO ORDERED.

Dated: **December 6, 2013**         **/s/ Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28