UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADY ARMSTRONG,<br><br>      Plaintiff,<br><br>  vs.<br><br>A. HEDGPETH, et al.,<br><br>      Defendants. | 1:11-cv-00761-LJO-GSA-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(Doc. 57.)<br><br>ORDER FOR THIS ACTION TO PROCEED ONLY AGAINST DEFENDANT NURSE RUMSEY ON PLAINTIFF'S EIGHTH AMENDMENT MEDICAL CLAIM<br><br>ORDER DISMISSING ALL OTHER CLAIMS AND DEFENDANTS |

     Brady Armstrong ("Plaintiff") is a former state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. This case now proceeds on Plaintiff's First Amended Complaint filed on November 20, 2013. (Doc. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

     On July 9, 2014, the Court entered Findings and Recommendations, recommending that this action proceed only against defendant Nurse Rumsey for failure to provide adequate medical care in violation of the Eighth Amendment, and that all other claims and defendants be dismissed from this action based on Plaintiff's failure to state a claim. (Doc. 57.) Plaintiff was provided an opportunity to file objections to the Findings and Recommendations within thirty days. To date, Plaintiff has not filed objections or otherwise responded to the Findings and Recommendations.

     In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on July 9, 2014, are ADOPTED in full;

2. This action now proceeds with Plaintiff's First Amended Complaint filed on November 20, 2013, against defendant Nurse Rumsey on Plaintiff's Eighth Amendment medical claim;

3. All remaining claims and defendants are DISMISSED from this action;

4. Plaintiff's claims for retaliation, excessive force, and state tort claims are DISMISSED from this action based on Plaintiff's failure to state a claim upon which relief may be granted;

5. Defendants Dr. L. Dileo, Dr. Spaeth, MTA (Medical Technical Assistant) Terronez, Nurse Gomez, Jane Doe #1, Jane Doe #2, and John Doe #1 are DISMISSED from this action based on Plaintiff's failure to state any claims upon which relief may be granted against them;

6. The Clerk is DIRECTED to reflect the dismissal of defendants Dileo, Spaeth, Terronez, and Gomez from this action on the Court's docket; and

7. This case is referred back to the Magistrate Judge for further proceedings, including initiation of service of process.

IT IS SO ORDERED.

Dated:   **August 22, 2014**              **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE