UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADY ARMSTRONG, | 1:11-cv-00761-LJO-GSA-PC |
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME FOR PLAINTIFF TO COMPLETE AND RETURN SERVICE DOCUMENTS |
| vs. | |
| A. HEDGPETH, et al., | (Doc. 60.) |
| Defendants. | THIRTY-DAY DEADLINE |
| | ORDER FOR CLERK TO SEND PLAINTIFF ANOTHER SET OF SERVICE DOCUMENTS |

Brady K. Armstrong ("Plaintiff") is a former state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on May 11, 2011.  (Doc. 1.)  This case now proceeds on Plaintiff's First Amended Complaint filed on November 20, 2013, only against defendant Nurse Rumsey on Plaintiff's Eighth Amendment medical claims.  (Doc. 43.)

On September 25, 2014, Plaintiff filed a motion for an extension of time to return service documents to the court pursuant to the court's order of August 25, 2014.  (Doc. 60.) Plaintiff requests an extension of sixty-to-ninety days.  Plaintiff also requests the court to send him another set of the service documents, because he lost or misplaced the documents previously sent by the court.

1

Plaintiff has not shown good cause for a sixty-to-ninety-day extension of time. However, a thirty-day extension shall be granted. Should Plaintiff require additional time, he should file a motion for extension of time before the current deadline expires.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff is granted an extension of time until thirty days from the date of service of this order, in which to complete and return service documents to the court, pursuant to the court's order of August 25, 2015; and

2. The Clerk is directed to send to Plaintiff:
    1) One (1) USM-285 form,
    2) One (1) summons for defendant **NURSE RUMSEY**,
    3) A Notice of Submission of Documents form,
    4) An instruction sheet, and
    5) A copy of the First Amended Complaint filed on November 20, 2013 (Doc. 43).

IT IS SO ORDERED.

Dated:   **September 26, 2014**              **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE